1st COURT OF APPEALS
HOUSTON TEXAS

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR - 2 2015

CHRISTOPHER A. PRINE
CLERK

CR No. 01-05-00926cr01-05-00927-cr

RODDRIC HOWARD
DEFENDANT

V

THE STATE OF TEXAS

1ST COURT OF
APPEALS
HARRIS COUNTY
TEXAS

## MOTION TO REINSTATE APPEAL

TO THE 1ST COURT OF APPEALS

COMES NOW RODDRIC HOWARD IN THIS MOTION TO REINSTATE APPEAL IN BOTH CASES THE DEFENDANT-APPELLANT ~~THE DEFENDANT-APPELLEE~~ WOULD SHOW THE FOLLING THROUGH NEWLY DISCOVERED MATERIAL EVIDENCE THAT THE COURT ALREADY HAS IN IT'S CLERK RECORDS. THE THE DEFENDANT-APPELLEE WILL ALSO SHOW THROUGH A BRIEF SUMMARY HOW TO LOCATE THE MATERIAL EVIDENCE.

### I

The APPLANT WOULD ATTEMPT TO SHOW THE OFFICIAL OF TRIAL COURT HAD DEFENDANT UNDER DURESS BECAUSE OF DESIGN STAGIATRIAS WITH JUDGE OF SAID COURT

1

## II

THE DEFENDANT WOULD SHOW THE STAGIARIAS OF OFFICIALS IN THE 180th DISTRICT COURT HAD CREATED A CANON WITH THE CASE THAT SET THE STANDARDS OF HOW WE NOW GUAGE IN-EFFECTIVE ASSISTANT OF COUNSEL

## III

THE DEFENDANT WOULD SHOW HOW THAT HE IS INNOCENT HIS PERSONAL RESIDENT CANON IS THE ONLY REASON HE WAS CHARGED IN HIS CASE AND HIS RESIDENT CANON TRIGGERED THE CANON CREATED IN THE 180th COURT.

## IV

DEFENDANT WOULD SHOW THIS STAGIARIAS THAT WAS CREATED IN THE 180th COURT FOR INEFFECTIVE ASSISTANT OF COUNSEL IMMEDIATELY SHOWED ITSELF AT THE BEGINNING OF THE APPEAL PROCESS IS WHY DEFENDANT-APPELLANT ATTEMPTED TO DISMISS HIS APPEAL ATTORNEY BUT END UP WITHDRAWING HIS APPEAL.

# Certificate of Service

On the ____ day of ____ the defendant appellee hereby delivered this motion to the U.S. mail system to be delivered to the 1st Court of Appeals to be granted or denied at 301 Fannins St. Houston, Tx 77002.

Roddric L. Howard #1313794
defendant - appellee
1300 FM 655
Rosharon Tx 77583
C.T. Terrell Unit

4

2-03-264 CR

The State of Texas

v

Knyvette Reyes, Appellee

Ft. Worth, Tx
Court of Appeals
August 21, 2003

## Memorandum

Defendant filed application for Writ of Habeas Corpus requesting out-of-time appeal from her conviction for criminally negligence, homicide. The Criminal District Court No. 1 Tarrant County C.C. Kit Cooke, J., granted the appeal in the Habeas Corpus Writ for out-of-time appeal. The state ~~could not~~ appealed Defendant moved to dismiss state's appeal. The Court of Appeal Dixon W Holman, J., held that state could not appeal habeas corpus ruling,

## Appeal dismissed

Texas Appeal Forth Worth 2003 Trial courts order in habeas proceeding granted defendant an out-of-time appeal from conviction was not the equilavant of arresting or modifying appellate court prior judgement dismissing her appeal from conviction as untimely as required for state to appeal order in habeas proceedings under statue permitting appeal from order that arrest or modifies a judgement. Defendant was not restored to position she occupied before indictment, but rather was restored to position she occupied immediately after trial courts conviction and only effect of trial court order, to permit defendant to appeal judgement.

CAUSE NO. 1005154 & 1005155

Roddric Howard

v

The State of Texas

The 180th District & 1st Court of Appeals Harris County, Tx

# Memorandum

Defendant like to enter into court records the term definition and word <u>Stagiairias.</u> according to Black's Law Dictionary 9th edition

Stagiairias (stav·iee·air·ee·as) n [Latin] Hist

1. Ecclessiastical law. A resident canon; an ecclesiastic bound to keep terms of residence. 2. A stagiary; a law student keeping terms before admission to the bar.

Defendant insssist that because of canonization he was distracted and denied defence and appeal.

Brief Summary of
Material Evidence


CR 01-05-00926     01-05-00927


Cause Numbers

1005154

1005155

Roddric Howard
v
The State of Texas

180th District
Court

Harris County, TX


Delivered to the Appeal Court in the 1st District of
Texas at Houston Tx through U.S. Mail

# INTRODUCTION

In this summary the defendant-appellee will attempt to show the 1st court of Appeal Material Evidence of Stagiairias, a canon that was construed through court officials canons of resident In the 180th District Court during the period the defendant appellee case was active and present August 24, 2003 to October 11, 2005. This canon was Constructed to the defendant-appellee actual case and cause nos., back to his personal stagiairias, that was constructed since his birth through names, address, phone nos., birthday, social security no., etc.

The Stagiairias of the 180th D.C. construed by the names of the officials In this court and appointed counsels was intentially acted on. These acts is what predjudice the defendant appellee case. The canons are used to maintain occupants place of residence. This empowerment was also politically Motivated also. The defendant appellee intend to show the 1st Court of Appeals how the 180th D.C. stagiairias Act combined with his own empowered the sitting 44th president.

1

Stagiarias  1. A resident canon, ecclessiastical bound to keep terms of residence.

2. Stagiary a law student keeping terms with the bar.

〈according to Black Law's Law Dictionary 9th edition〉

During my time in the 180th D.C. both these definition was acted on. Although both appointed counsel were keeping terms with the bar, the law was not able to be interpreted.

The act of the judge's resident canon in said court overshadowed the actual facts and dynamics of the appellee-defendants case. The defendant-appellee will attempt to show the 1st Court of Appeals the 1st Court of Appeals material evidence contained in Clerk Records already present at the 1st Court of Appeals CR 01-05-00926 01-05-00927 of the construed canons of names, address, phone no etc. that overshadowed the dynamics of the case.

# Captions.

Names (66)                                    1

Address (55)                                  1

Phone No. (44)                                6

SSI No. (33)                                  9

D.O.B. (22)                                   11

Family Name (11)                              16

Summary

# I. Names (66)

The names that were used in Court rm 180 to similate the names of the litigants is Stricklin of Judge Debbie Mansloth Stricklins. The setting of the stage does not begans with Judge Stricklin it begins in the Tx Court of Criminal Appeals (1977) Washington vs State

These 2 names set a cannon to stage U.S. Supreme Court Case Strickland v Washington (1984). This case set the 2 prong standard for guaging ineffective assistance of counsel. How does thisn relte to Judge Stricklin of 180th District Court (DC)? Stricklin similates Strickland and 180th D.C. similate the name Washingtons as in Washington Distid of Columbia (D.C.). Then the District Clerk also uses the initials (D.C.). This is were we get the characters from the names of the court officials To begin to set the stage for ineffective Assistance of Counsel. Judge Stricklin and the initials for District Court and District Clerk (D.C.)

# II. Addresses (55)

The cite addresses of the two cases help to construct the case to the defendant appellee through cause nos. The (1977) Tx Crim App Washington v State 551 sw2d 56 and the (1984) US Supreme Court Strickland v Washington 466 US668 site address simulates my cause no of the refiled case, and the nos. in my permananant address, Here is how? My permananant home address is 6606 Bacher. Houston, TX 77028; the numeric digits 6606

is part of my personal resident canon as defined in the term Stagramas. The 1st 2 digits in the street number was used to keep terms with the canonization of the Holy Bible's 66 books. The cite address of the Strickland v Washington Ineffective Assistance of Counsel site (cite) address 466 US 668. The 466US66 in 466US668 resemble 6606 BACHER in my street address. This is how the stage was set in the addresses. My personal address and the address in My Strickland v Washington 466US 668 cite address began to create a canon that lead to the complaint of the reason defendant appellee tried to dismiss his counsel. The next cite address of the case that allowed defendant to withdrew his appeal Washington v State 551 SW2d, 56 Tx Crim App was canon to resemble My refiled cause NO. 1005155. Defendant certain that is why case was refiled. The book NO. 551 mirrors the last 3 digits 155 in newly filed cause NO. 1005155. As the 66's resemble in home address and strickland v Washington, so do the 55's in Washington v State and newly filed cause Nos.

Also in the Washington v State case the clerk records 54,570 & 54,571 purpose the refiling of Defendant·appellee case and cause to 1005155 and 1005154. The Numeric digit 54 in CR 54,570 & 54571

Resemble the 54 in 1005154, and is the reason defendant-appellee case was refiled to a seperate ~~cases~~ cases. Defendant appellee persist that he was intentally used to keep terms of residence with these cases in the 180th District court of Judge Debbie Mantooth Stricklin':

1. (1984) Strickland v Washington 466 US 668
2. (1977) Washington v State 551 sw2d 56

CR 54,570 54,571

because of defendant appellee street number;

6606 Bacher

his case was refiled to 2 seperate cases to resemble, cite address CR case #2

1005154 , 1005155

The defendant was bound to the Stayiairias in the 180th D.C. in 2003

III. Court room (44) phone No.

The 180th District Court is addressed in the Criminal Justice Center at 1201 Franklin Houston, Tx 77002, on the 18th floor in room 18144. The phone No. is, (713)755-6344. I offer this information to show the appeal court how adept the 180th District Court was to these 2 cases, by name and addresses. The name of the litigants in the Strickland v Washington 466 U 668 Ineffective of assistance 2 prong standard, the Washington v State cite address 551 sw2d 56. The phone No. of the court moves from the 55 to the 44. This court room phone no of the

(713) 755-6344 simulate the numerals in my original indictment cause No. 959563. The digits 5563 is present in the courtroom and the original indictment. The last 9 digits in the courtroom phone No. (713) 755-6344, resembles the digits in the phone No. of my court appointed counsel phone No. (713) 227-2244. The courtroom phone No and the cause No recieved at probable cause bound me to Judge Stricklin 180th court 959563 and (713) 755-6344, 5563 being the common bond of the indictment to phone No. of courtroom. Then the courtroom move to court appointed counsel with similar phone #'s (713) 755-6344 and (713) 227-2244. The 180th District Court (D.C.) is housed in courtroom 18144 at the Criminal Justice Center, the phone No. of the courtroom is (713) 755-6344, and the court appointed attorney Emily Muñoz Detoto phone No. (713) 227-2244. The Number 44 shows up 3 times, Why? At the time from 2003 to 2005 defendant appellee was housed at Harris County. In 2004 the presidential re-election for George H.W. Bush, the 43rd president, Id was an attempt to seat a 44th president. There, even was a candidate in the democratic nomination to run for office with same last name as mine Howard. He ceeded the nomination and Senator John Kerry won and loss to Bush in the presidential election 2004. Oct 2004 My case was refiled to reflect More

7

all containing the digit 44 is not yet complete. After defendant was ultimately convicted of 2 counts of burglary of Hab, he was appointed an appeal attorney Angela Cameron whose address at the time 929 Preston Houston TX 77002 phone no. (713) 227-0440. The phone no was the 4th time that the digit 44 appeared. This time it was moved from the court appointed ~~appeal~~ attorney to appeal attorney phone No. to phone No. and at the initial meeting appeal attorney's behavior was the same as the behavior of the court appointed attorney ~~that~~ The defendant appelle tried to get her dismissed unsuccessfully. The defendant appellee Notice the same actions in Angela Cameron an immediately stated he didn't want an appeal. Her action lead to my action in which the stage was already set in the Tex Crim App. (1977) Washington v State where appeal court granted appeal to withdrawl appeal. 551 sw2d, 56. Angela Cameron initial reaction (A.C.) lead to my initial response (D.C.) Washington v State.

## IV 551 (33) Social Security Incom

In the previous section we covered resident canons ecclesiastical bounds to keep terms ~~with the bar~~ of residence. We covered names, addresses, and telephone nos. of how the stagiaivias was set in the 180th D.C. and the numeric bounds of these catagories, each contains double digit numbers that count down from 66 to 44. Names (66), addresses (55), phone nos. (44), Now we reach the (33) this canon is set by the cite address and the initials for Social Security Income. The cite address, the cause no simulates are re-semble to each other ((1977) Tx Crim. App. Washington v State 557 sw2d, 56) they looks like the initials SSI, and so do the last 3 digit in case cause no. ⟨Burg-Hab 1005155⟩ if read backwards. Well, SSI is also the janitorial job I hold in prison, Inmate Support Service, but instead of saying Iss the job is called SSI. The Social Security Income No. is where the 33 shows up. My SSI # is 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. I recieved this # at birth or early age in life. It's apart of my resident canon from my life that made me a perfect canidate to be used.

It began with my birthday 7/18/73 in the year 2006 I turned 33. 2006 is important to me because it was the year the 1st African American Greek Fraternity was founded Alpha Phi Alpha. It's centennial year is 2006. IN 2006 I turn too 33, and the fraternity turned 100. My home address is 6606 Bacher Houston, Tx 77028. Up until now I was always embarrassed of the numeric digits in the address because of the no. of the beast 666. Now I know because of canonization of the Bible and the accepted year of our Lord 66 and in 06 I turn 33 I had been delivered from that shame. 66 is the # of Books in the Bible 06 is the year I turn 33 and the 1st Black Fraternity turn 100. 33 is the accepted age when Jesus ressurrected from the dead. He conquored death as Alexander the great conquored wept and died at age 33, he was the greek emporor who conquored the world.

I lived here at the Howard resident my entire life accept for the time I spent at college and the military the 1st 10 years of life the phone no at this address was _____ my social security no _____ 1. The 33's in each of the digits was to protect from the three six's in the address #. To conquor the works of the devil. My attempt is to show the court these canons and how I was used to keep terms in the 180th court with the use of case and cause, cite address, and names of Litigants in the case that guides Ineffective Assistance of counsel. The defendant parollee never stood a chance and none of this material evidence could have been presented on direct appeal.

10

elder sister of Lida Ann Cloward my Mother was born Oct 31, 1959, Judge Debbie Mantooth Stricklin born Oct 8, 1958 per the legal directory 1 year 23 days before Aunt Bama. "Aunt Bema" 1st born son Charles Cruise was born June 22, 1987 This is the 22 that is relevant to the stagiairias that is present in the double digits Numerals that ultimately connected my personal stagiairias with the one created in the 180th court. Remember 55 was my canon with S. African Nelson Mandela we share the same DOB 7/18/18 + 7/18/73 55 years apart. Desmund TuTu born Oct 7, 1931 share the same month of birth as the Judge Stricklin and Aunt Bama. this DOB is the same accept for one day of Judge Stricklin. The year of his birth is the same as the day of Aunt Bama day of birth. (10/07/31 and 10/31/59) this name contains the same sound of the double digits in this stagiairias Two-Two (22) TuTu

13

On June 22 (TuTu), 1967 Charles Cruise was born. His DOB is canonized by the year of of his birth. In 1967 Howard University was celebrating his 100 year anniversary. Howard University is the founding place of the 1st African American Sorority Alpha Kappa Alpha, along with the 2nd African American fraternity and the 2nd African American Sorority, Omega Psi Phi fraternity Inc. and Delta Sigma Theta Sorority Inc. These are organizations that are brother and sister to each other and they both are the 2nd of it's kind 22. Each are founded at Howard Univ. This is how Charles Cruise D.O.B. is canonized to his and my grandmother's residence. His day of birth 22nd day of June reflects the 22 at Howard University and the TuTu in the name of the S. African priest and 1984 Nobel peace prize winner Desmund Tutu. His initials C.C. are the 3rd letter in the Alphabet, represents 33.

14

Now we know Charles Cruise whom share the same residence as the defendant-appellee also shared the same resident canon as the defendant appellee. The day in his D.O.B is the 22 in this canon. It show in the canon that the year of his birth is the year of Howard University 100 year anniversary 1967. His initials C.C. is the same numeric no. of 33, the 3rd letter in the Alphabets. At age 33, Charles shared the same year as the New Millinium y2k (2000). This leads to my grandmother Viola Howard youngest daughter 1st born son me Roddric Howard. Charles initial is the 3rd letter of the Alphabet. I was 33 during the 100 yr of Alpha Phi Alpha fraternity. (Alphabets & Alpha Phi Alpha). 33 is the age of the New millinium and Charles Age, and A.D. Christ the way we measure time 33 is the age of the century of the fraternity AΦA and my age, and the greek conquoror Alexander the great. This is a reminder of 33, but this section is about 22 and how it applies to the stagiolrias set that ended up in the 180th

court. My canon was with Nelson Mandela and the 55 yr difference of our D.O.B. July 18, (1918 a 1973). This section is about 2-2 Desmund Tutu's name and Charles 22 to his D.O.B. June 22, 1967. This path will lead us back to the final section in this summary the household name of the residence and the numeric double digit 1-1 or eleven. (Note: Desmund TuTu wins Nobel peace prize in 1984, Desmund Howard wins Heisman trophy in 1991) TuTu Howard revealed as 22 for 22 day and Howard 1967 100 yr anniversary Charles birthday (6/22/67) June 22, 1967

## VI Howard (11) Omega Psi Phi

Like we stated in the section before Howard University became my path because of the fraternity and sorority that was founded on its campus. The 1st sorority of the African-American descent Alpha Kappa Alpha was founded in 1908. The 2nd fraternity of African American descent

was founded at Howard University Omega Psi Phi fraternity was established in 1911. Also the 2nd sorority was founded there as well in 1913. These 2nd fraternity and 2nd sorority in African American history at Howard University help create the canon at the Howard residence and the (22) TUTU CANONS with 1984 Nobel Peace Prize winner Desmond Tutu, and my cousin Charles birthday June 22, 1967.

The canons with Howard University was magnified by my attendance at Texas College in Tyler at Smith County Tx. Here's how Gen. Otis Howard founded Howard University in 1967 at Washington D.C. Remember the Jimmy Stewart movie Mr. Smith goes to Washington. By my last name being Howard in Smith county, Tx at a college surrounded by sorority's and fraternity's founded at Washington D.C. at Howard University solidifies this section of the double digit one-one or eleven (11). I pledge Omega Psi Phi fraternity Inc founded in 1911 at Howard University in Washington D.C. This was how this canon was created in retrospect from double-digit 66 to 11 (six-six to one-one), while canonizing the Mr. Smith goe to Washington title of the Jimmy Steward movie.. Thats how I became canonized with the politics and law in Washington D.C. The fraternity I pledged.

Now when I returned home to Houston

Harris County, Tx to my grandmother's Viola Howard home, the Howard residence as a member of the fraternity Omega Psi Phi I activated a stagiarias that existed with the Harris residence and eventually Harris County, Tx. The Harris residence is 6 house from the Howard residence. When I returned home a member of Omega Psi Phi I woke up a canon of a snake created by the head of the household and his junior at the Harris residence Lester Harris. This canons was created because I came back, if you read Omega Psi Phi back to back with Lester Harris it looks like this: ihPisPagemOLester Harris. The word Molester is indicated here. This is how I was charged of the crime I was indicted for. This is the foundation of what Im enduring, all be cause I pledge Omega and my nieghbor name is Lester Harris.

What the defendant-appellee is trying to say is that the only reason he is incarcerated is be cause he pledged Omega and his nieghbor name is Lester Harris, and if you put the name of the fraternity back to back it create the word Molester as in child Molester. The events that occurred at the time of my arrest was me kicking my nieghbors door, but because I was in Harris County, The indictment read of things that never occurred specifically me a Molester

18

# CLOSING

The defendant-appellee is attempting to show the appeal court why he made the decisions he did at the time. He's hoping the appeal court could grasp the situation's wider implications because he could not. The acts of the appointed counsel was only consistant with the Stagnaries of the presiding judge Debbie Mantooth Strickland 180th D.C. The judges residence canon was not a good one, combine with my address made it worst. Her name and my address set the stage for Ineffective Assistance of Counsel in which the appointed counsels acted out. This is why there are motions where I attempted to rid myself of them in Clerk Record's. The defendant-appellee only way to rid himself of appeal lawyer was to withdrawl his appeal. His hope is that the appeal court could reinstate his appeal, appoint an appeal attorney and allow him to continue the appeal process. There is more evidence to support his claim in trial transcript of motion hearing after verdict, attorney abandoment, judge dismiss charge etc.

19

# Introduction

In this section is where the defendant-appellee points out the location of the material evidence in the Clerk Records sent to the 1st Court of Appeals by the District Clerk office at the 180th D.C.

This is material evidence of Stagiairias that was construed through official document and bound the defendant-appellee to the canon that existed in the 180th D.C. with judge Debbie Mantooth Stricklin. This is material evidence of the abandonment of counsel the defendant-appellee suffered during important time of trial preceedings. This is material evidence of the continuation of the stagiairias of the canon that existed in the 180th court and the defendant-appellee personal canons with his last name during the notice of appeall process that lead to the withdrawl hearing.

The defendant-appellee will attempt to show the 1st Court of Appeals this material evidence in hope that he may regain the status he had immediately after convictions. The evidence of counsel actions are contained in trial and hearing transcripts.

Stegiongias:
(pg 4 a 5)

The Resident canon consist throughout the clerk records The one with Judge Deblove Mantooth Stricklin exist throughout the records she's presiding judge. It's the DNA order and the new case & cause filed and signed by Donald R. Stricklin presiding Judge husband that began the resident canon of Ineffective Assistance of Counsel (IAC) Strickland v Washington Strickland represent Stricklin and Washington represents the date on the DNA order and the new appointed counsel order 11-04-04 (44) as in the next president. President and presiding 2 different presiding judge signed off with two different document same day.

Appointed Counsel
order and Abandon
ment of Councel : 1st the appointed counsel order
(pg 4 a 55 ; 11-34)     the appointed councel placed
                        in the TBC# slot a card #
                        (1)

that was not her bar # 01580858, then when she withdrew as my attorney of record she place the bar card # 00787994. This could be found on page 4 and page 55. The stage that exist with this red flag can and will be elaborated on if defendant-appellee would be allowed to continue his due process.

The clerk records also show that the only attempt to act on behalf of a pending trial was committed by the defendant-appellee himself through filing motions. The attorney of record did not act at all on my behalf. I failed in an attempt to dismiss her prior to trial. With the inability to interpret the law the defendant appellee diligently tried to inform the 180th D.C. of his abandonment of counsel to no avail. (pgs 11 to 34)

(2)

Notice to Withdrawl Appeal:

(pgs 65-67)

Defendant appellee appear in 180th D.C. presiding Judge Joseph A Ottis to withdrawl notice of appeal. The 180th D.C. is in courtroom 18144 in 1201 Criminal Justice Center Harris County, Tx and like I stated previously the common bond or canon between all my appointed counsel is four-four. The courtroom # is 18144, my appointed counsel telephone # is (713) 227-2244. My original presiding judge both came to court on the same day to issue refile indictments 11-04-04 the 1st agreed trial setting was 4/4/05. My appoint counsel for appeal phone # (713) 227-0440. Now I appear back at the 180th D.C. in courtroom 18144 in front of Judge Joseph A. Ottis whose normally Anatgorda county judge, but her bar card No. is 15344700, four-four. Her name is the same as

(3)

my aunt Bama, Jo ann
Otis Howard is the founder
of Howard University in
Washington D.C. Joseph
Ann Otis is the judge
who ruled in the 180th DC
bar card 1534460 lead
to nicknames Joann to
Joann Chambers nickname
Bama to Obama the 44th
president of the United
State of America

(enclosed bar profile to support truth about cards
and phone Nos. of attorney's + judges (names Also))
(4)


{ Back to Search Results }

OVERVIEW

CONTACT AND MAP

### Judge Deborah Mantooth Stricklin
Bar Card Number:      09317250

Work Address:

Work Phone Number:      713-822-6350

Primary Practice Location:      HOUSTON , Texas

**Current Member** *Status*
**Eligible To Practice In Texas**

In cooperation with

**License Information**
Bar Card Number:      09317250

Texas License Date:      11/05/1982

**Practice Information**
Firm:      None Reported By Attorney

Firm Size:      None Specified

Occupation:      Retired

Practice Areas:      None Reported By Attorney

Services Provided:      Hearing impaired translation:    **Not Specified**

     ADA-accessible client service:    **Not Specified**

     Language translation:    **Not Specified**

Foreign Language Assistance:      None Reported By Attorney

**Courts of Admittance**
**Federal**
None Reported By Attorney

**Other Courts**
None Reported By Attorney

**Other States Licensed**
None Reported By Attorney

**Law Schools**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| South Texas College Of Law | 05/1982 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**Public Disciplinary History**
**State of Texas**\*

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|

No Public Disciplinary History - Texas

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgment, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535&#9742;. There is a $15.00 fee for each disciplinary judgment copied.

## Other States

| Sanction | State | Sanction Date Start - End |
|----------|-------|---------------------------|

None Reported By Attorney

**Statutory Profile Last Certified On:** 06/22/2012

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Texas grievance/disciplinary information will not appear on the profile until a final determination is reached. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.*

**Phone: 713-822-6350**&#9742;

Download vCard

Show in Google Maps

Show in Google Earth



{ Back to Search Results }

**OVERVIEW**

**CONTACT AND MAP**

**Judge Donald R. Stricklin**
Bar Card Number: 19390500

Work Address:

Work Phone Number: 713-822-2121
Primary Practice Location:

**Current Member Status**
**Eligible To Practice In Texas**

In cooperation with

**License Information**
**Bar Card Number:** 19390500
**Texas License Date:** 04/20/1972

**Practice Information**
**Firm:** None Reported By Attorney

**Firm Size:** 61 to 100

**Occupation:** Retired

**Practice Areas:** None Reported By Attorney

**Services Provided:** Hearing impaired translation:    **Not Specified**

ADA-accessible client service:    **Not Specified**

Language translation:    **Not Specified**

**Foreign Language Assistance:** None Reported By Attorney

**Courts of Admittance**
**Federal**
US Supreme Court

Fifth Circuit Court of Appeals

Texas Southern District/Bankruptcy Court

**Other Courts**
None Reported By Attorney

**Other States Licensed**
None Reported By Attorney

**Law Schools**

| Law School | Graduation Date | Degree Earned |
| --- | --- | --- |
| South Texas College Of Law | 08/1971 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**Public Disciplinary History**
**State of Texas***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
| --- | --- | --- | --- |

No Public Disciplinary History - Texas

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgment, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535✆. There is a $15.00 fee for each disciplinary judgment copied.

**Other States**

| Sanction | State | Sanction Date Start - End |
|----------|-------|---------------------------|

None Reported By Attorney

**Statutory Profile Last Certified On:**   09/17/2012

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Texas grievance/disciplinary information will not appear on the profile until a final determination is reached. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.*

**Phone: 713-822-2121**✆

Download vCard

Show in Google Maps

Show in Google Earth


{ Back to Search Results }

OVERVIEW

CONTACT AND MAP



**Ms. Emily Munoz 'Emily Detoto' Detoto**

| | |
|---|---|
| Bar Card Number: | 00797876 |
| Work Address: | 3000 Smith St Ste 4 |
| | Houston, TX 77006-3440 |
| Work Phone Number: | 713-227-2244 |
| Primary Practice Location: | HOUSTON , Texas |

{ CONTACT THIS LAWYER }
{ VISIT LAWYER WEBSITE }

**Current Member Status**
**Eligible To Practice In Texas**

In cooperation with

**License Information**

| | |
|---|---|
| Bar Card Number: | 00797876 |
| Texas License Date: | 12/19/1996 |

**Website**
www.texaswarriorlawyer.com

**BOARD CERTIFIED**
Criminal Law

**Practice Information**

| | |
|---|---|
| Firm: | Law Office of Emily Detoto |
| Firm Size: | Solo |
| Occupation: | Private Law Practice |
| Practice Areas: | Appellate, Criminal |
| Services Provided: | Hearing impaired translation: **Not Specified** |
| | ADA-accessible client service: **Not Specified** |
| | Language translation: **Yes** |
| Foreign Language Assistance: | Spanish |

**Courts of Admittance**
Federal
Texas Southern
District/Bankruptcy Court

**Other Courts**
None Reported By Attorney

**Other States Licensed**
None Reported By Attorney

**Law Schools**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| St. Mary's University | 05/1996 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**Public Disciplinary History**
**State of Texas***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|

No Public Disciplinary History - Texas

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|

None Reported By Attorney

**Statutory Profile Last Certified On:**   02/04/2011

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as



**STATE BAR of TEXAS**

OVERVIEW

CONTACT AND MAP

### Ms. Angela L. Cameron
**Bar Card Number:** 00788672

**Work Address:** 1201 Franklin St Rm 13

Houston, TX 77002-1929

**Work Phone Number:** 713-368-0016
**Primary Practice Location:** HOUSTON . Texas

**Current Member Status**
**Eligible To Practice In Texas**

In cooperation with

**License Information**
**Bar Card Number:** 00788672

**Texas License Date:** 11/05/1993

**Courts of Admittance**
**Federal**
Texas Southern
District/Bankruptcy Court

**Other Courts**
None Reported By Attorney

**Practice Information**
**Firm:** Harris County Public Defender's Office

**Firm Size:** 41 to 60

**Occupation:** Government Lawyer

**Practice Areas:** Criminal

**Services Provided:** Hearing impaired translation:   **Not Specified**

ADA-accessible client service:   **Yes**

Language translation:   **Not Specified**

**Foreign Language Assistance:** Spanish

**Other States Licensed**
None Reported By Attorney

**Law Schools**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| South Texas College Of Law | 05/1993 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**Public Disciplinary History**
**State of Texas***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|
| No Public Disciplinary History - Texas | | | |

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|
| None Reported By Attorney | | |

**Statutory Profile Last Certified On:** 12/06/2011

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as



{ Back to Search Results }

**OVERVIEW**

**CONTACT AND MAP**

### Judge Joseph Ann 'Jo Ann' Ottis
Bar Card Number:          15344700

Work Address:

Work Phone Number:          979-690-2228
Primary Practice Location:

**Current Member Status**
**Eligible To Practice In Texas**

In cooperation with

**License Information**
**Bar Card Number:**          15344700

**Texas License Date:**          10/30/1981

**Courts of Admittance**
**Federal**
None Reported By Attorney

**Other Courts**
None Reported By Attorney

**Practice Information**
| | |
|---|---|
| Firm: | None Reported By Attorney |
| Firm Size: | None Specified |
| Occupation: | Other Law-Related Employment |
| Practice Areas: | None Reported By Attorney |
| Services Provided: | Hearing impaired translation: **Not Specified** |
| | ADA-accessible client service: **Not Specified** |
| | Language translation: **Not Specified** |
| Foreign Language Assistance: | None Reported By Attorney |

**Other States Licensed**
None Reported By Attorney

**Law Schools**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| South Texas College Of Law | 05/1981 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**Public Disciplinary History**
**State of Texas***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|

No Public Disciplinary History - Texas

\*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgment, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.

## Other States

| Sanction | State | Sanction Date Start - End |
|---|---|---|

None Reported By Attorney

**Statutory Profile Last Certified On:**   02/19/2013

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Texas grievance/disciplinary information will not appear on the profile until a final determination is reached. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.

**Phone: 979-690-2228**

Download vCard

Show in Google Maps

Show in Google Earth

Back

Roddric Howard #1323144
C.T. Terrell / Ramsey III
1300 FM 655
Roshoron, Texas 77583
C-2-07

FIRST COURT RECEIVED
HOURT OF APPEALS
HOUSTON, TEXAS
APR - 2 2015
CHRISTOPHER A. PRINE
CLERK

1st Court of Appeals
301 ~~Masukuline~~ Fannin Street
Houston, Texas 77003

